*In re* CONSTITUCIÓN DE SALA ESPECIAL DE VERANO.

*Número:* ———    *Resuelto:* 16 de septiembre de 1994

## ORDEN

Al amparo de los acuerdos adoptados por el Pleno el 10 de junio de 1994, la Sala de Verano del 19 al 30 de septiembre de 1994 queda constituida por el Juez Asociado Señor Negrón García, como su Presidente, la Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Hernández Denton.

*Publíquese.*

Lo decretó y firmó

(*Fdo.*) Antonio S. Negrón García
*Juez Presidente Interino*

Certifico:

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*